# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00201-CV

## NO. 03-08-00202-CV

**Reliant American Group, Inc. and Joseph D. Macchia, Appellants**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. GV-50016, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellants Reliant American Group, Inc., and Joseph D. Macchia have filed motions to dismiss these appeals, stating that the parties have reached an agreement to settle and compromise their differences and that these motions are made subject to that agreement. Appellants further state that the requested dismissal will not prevent any party from seeking relief to which it would otherwise be entitled. We grant appellants' motions and dismiss the appeals. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed on Appellants' Motion

Filed:   August 29, 2008